1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    ) Case No. 5:11-MJ-00062-JLT
   |                              )
12 |              Plaintiff,      ) STIPULATION TO CONTINUE
   |                              ) PRELIMINARY HEARING;
13 |                              ) [PROPOSED] ORDER
   |         v.                   )
14 |                              ) Date: December 19, 2011
   | MARIA GUADALUPE TAPIA,       ) Time: 1:30 p.m.
15 |                              )
   |              Defendant.      )
16 |_____)

17      **IT IS HEREBY STIPULATED** by and between the parties hereto,
18 and through their respective attorneys of record herein, that the
19 preliminary hearing now set for December 16, 2011, may be
20 continued to **December 19, 2011, at 1:30 p.m.**
21      The reason for the short continuance is to allow time for
22 the U.S. Marshals Service to transport defendant from Kern County
23 to Fresno for the preliminary hearing. The new preliminary
24 hearing date is still within the time frame required by statute.
25 ///
26 ///
27 ///
28 ///

Dated: December 13, 2011          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                            By:   /s/ Ian L. Garriques
                                  IAN L. GARRIQUES
                                  Assistant U.S. Attorney

Dated: December 13, 2011    By:   /s/ Victor M. Chavez
                                  VICTOR M. CHAVEZ
                                  Attorney for Defendant


O R D E R

**IT IS SO ORDERED.**

DATED: 12/13/11

_____
UNITED STATES MAGISTRATE JUDGE